## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YONGQIU ZHAO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| | ) **Case No.** |
| Plaintiff, | ) ) |
| | ) |
| v. | ) **CLASS ACTION COMPLAINT** |
| | ) |
| | ) |
| DEUTSCHE BANK | ) **JURY TRIAL DEMANDED** |
| AKTIENGESELLSCHAFT, JOHN CRYAN, | ) |
| JAMES VON MOLTKE, AND MARCUS | ) |
| SCHENCK, | ) |
| | ) |
| Defendants. | ) |

## CLASS ACTION COMPLAINT

Plaintiff Yongqiu Zhao ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Deutsche Bank Aktiengesellschaft ("Deutsche Bank" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet.  Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Deutsche Bank securities

between March 20, 2017 through May 30, 2018, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

2.      Deutsche Bank is a global financial service provider delivering commercial, investment, private, and retail banking. The Bank offers debt, foreign exchange, derivatives, commodities, money markets, repo and securitization, cash equities, research, equity prime services, loans, convertibles, advice on M&A and IPO's, trade finance, retail banking, asset management, and corporate investments.

3.      Founded in 1870, Deutsche Bank is headquartered in Frankfurt am Main, Germany, and its securities trade on the New York Stock Exchange ("NYSE") under the ticker symbol "DB."

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Deutsche Bank's internal control environment and infrastructure were materially weak and deficient; and (ii) as a result, Deutsche Bank's statements about the Company's business and operations were materially false and misleading at all relevant times.

5.      On May 31, 2018, the *Wall Street Journal* reported that the U.S. Federal Reserve has designated Deutsche Bank's U.S. business to be in "troubled condition," citing concerns "about its controls around measuring financial exposure to clients and valuing collateral that backed loans."  The article further reported that the Federal Deposit Insurance Corporation has

added Deutsche Bank's subsidiary Deutsche Bank Trust Company Americas to its "problem banks" list of at-risk institutions.

6.      On this news, Deutsche Bank's share price fell $0.49, or 4.24%, to close at $11.08 on May 31, 2018.

7.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

8.      The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

9.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and Section 27 of the Exchange Act.

10.     Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as Deutsche Bank's securities trade on the NYSE, located within this District.

11.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

12.     Plaintiff, as set forth in the attached Certification, acquired Deutsche Bank's securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

13.     Defendant Deutsche Bank is incorporated in the Federal Republic of Germany with principal executive offices located at Taunusanlage 12, 60325 Frankfurt am Main, Germany. The Company also maintains an office at 60 Wall Street, New York, NY. Deutsche Bank's securities trade on the NYSE under the ticker symbol "DB."

14.     Defendant John Cryan ("Cryan") served as the Company's Chief Executive Officer ("CEO") and member of the Management Board from July 1, 2015 to April 8, 2018.

15.     Defendant James von Moltke ("Moltke") has served as the Company's Chief Financial Officer ("CFO") and member of the Management Board since July 1, 2017.

16.     Defendant Marcus Schenck ("Schenck") served as the Company's CFO from May 21, 2015 to June 30, 2017, and as its President from March 5, 2017 to April 8, 2018.

17.     The Defendants referenced above in ¶¶ 14-16 are sometimes referred to herein as the "Individual Defendants."

18.     The Individual Defendants possessed the power and authority to control the contents of Deutsche Bank's SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with the Company, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations

being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

19.     Deutsche Bank is a global financial service provider delivering commercial, investment, private, and retail banking. The Bank offers debt, foreign exchange, derivatives, commodities, money markets, repo and securitization, cash equities, research, equity prime services, loans, convertibles, advice on M&A and IPO's, trade finance, retail banking, asset management, and corporate investments.

### Materially False and Misleading Statements Issued During the Class Period

20.     The Class Period begins on March 20, 2017, when Deutsche Bank filed an annual report on Form 20-F with the SEC, announcing the Company's financial and operating results for the quarter and fiscal year ended December 31, 2016 (the "2016 20-F"). For the quarter, Deutsche Bank reported a net loss of $2.03 billion, or $1.31 per diluted share, on revenue of $7.58 billion, compared to a net loss of $2.32 million, or $1.49 per diluted share, on revenue of $6.96 billion for the same period in the prior year. For fiscal year 2016, Deutsche Bank reported a net loss of $1.55 billion or $1.20 per diluted share, on revenue of $36.32 billion, compared to a net loss of $7.54 billion or $5.02 per diluted share, on revenue of $41.07 billion for fiscal year 2015.

21.     In the 2016 20-F, the Company stated in relevant part:

Our operations are subject to extensive federal and state banking, securities and derivatives regulation and supervision in the United States. We engage in U.S. banking activities directly through our New York branch. We also control U.S. banking organization subsidiaries, including DB USA Corporation, Deutsche Bank Trust Corporation and Deutsche Bank Trust Company Americas

("DBTCA"), and U.S. broker-dealers, such as Deutsche Bank Securities Inc., U.S. nondeposit trust companies and nonbanking subsidiaries.

\*\*\*

DBTCA is a New York state-chartered bank whose deposits are insured by the FDIC to the extent permitted by law. DBTCA is subject to regulation, supervision and examination by the Federal Reserve Board and the New York State Department of Financial Services and to relevant FDIC regulation. In addition, DBTCA is also subject to regulation by the Consumer Financial Protection Bureau in relation to its retail products and services offered to its customers. Deutsche Bank Trust Company Delaware is a Delaware state-chartered bank which is subject to regulation, supervision and examination by the FDIC and the Office of the State Bank Commissioner of Delaware. Deutsche Bank's New York branch is supervised by the Federal Reserve Board and the New York State Department of Financial Services. Deutsche Bank's federally chartered nondeposit trust companies are subject to regulation, supervision and examination by the Office of the Comptroller of the Currency. We and our subsidiaries are also subject to regulation, supervision and examination by state banking regulators of certain states in which they conduct banking operations.

\*\*\*

**Disclosure Controls and Procedures**

An evaluation was carried out under the supervision and with the participation of our management, including our Chairman and Chief Financial Officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rule 13a-15(e) under the Securities Exchange Act of 1934) as of December 31, 2016. There are, as described below, inherent limitations to the effectiveness of any control system, including disclosure controls and procedures. Accordingly, even effective disclosure controls and procedures can provide only reasonable assurance of achieving their control objectives. Based upon such evaluation, our Chairman and Chief Financial Officer concluded that the design and operation of our disclosure controls and procedures were effective as of December 31, 2016.

22.      The 2016 20-F contained signed certifications pursuant to the Sarbanes-Oxley Act

of 2002 ("SOX") by Defendants Cryan and Schenck, stating that "the financial statements, and

other financial information included in [the 2016 20-F], fairly present in all material respects the

financial condition, results of operations and cash flows of the company as of, and for, the

periods presented in [the 2016 20-F]."

23.     On April 27, 2017, Deutsche Bank filed an interim quarterly report on Form 6-K with the SEC, announcing the Company's financial and operating results for the quarter ended March 31, 2017 (the "Q1 2017 6-K").  For the quarter, Deutsche Bank reported net income of $608.22 million, or $0.36 per diluted share, on revenue of $7.80 billion, compared to net income of $236.14 million, or $0.15 per diluted share, on revenue of $8.78 billion for the same period in the prior year.

24.     On July 27, 2017, Deutsche Bank filed an interim quarterly report on Form 6-K with the SEC, announcing the Company's financial and operating results for the quarter ended June 30, 2017 (the "Q2 2017 6-K").  For the quarter, Deutsche Bank reported net income of $492.17 million, or $0.08 per diluted share, on revenue of $7.19 billion, compared to net income of $20.33 million, or $0.19 per diluted share, on revenue of $8.06 billion for the same period in the prior year.

25.     On October 26, 2017, Deutsche Bank filed an interim quarterly report on Form 6-K with the SEC, announcing the Company's financial and operating results for the quarter ended September 30, 2017 (the "Q3 2017 6-K").  For the quarter, Deutsche Bank reported net income of $760.18 million, or $0.35 per diluted share, on revenue of $7.93 billion, compared to net income of $285.75 million, or $0.18 per diluted share, on revenue of $8.28 billion for the same period in the prior year.

26.     On March 16, 2018, Deutsche Bank filed an annual report on Form 20-F with the SEC, announcing the Company's financial and operating results for the quarter and fiscal year ended December 31, 2017 (the "2017 20-F").  For the quarter, Deutsche Bank reported a net loss of $2.84 billion, or $1.36 per diluted share, on revenue of $6.71 billion, compared to a net loss of $2.03 billion, or $1.31 per diluted share, on revenue of $7.58 billion for the same period in the

prior year.  For fiscal year 2017, Deutsche Bank reported a net loss of $848.42 million or $0.60

per diluted share, on revenue of $33.76 billion, compared to a net loss of $1.55 billion or $1.20

per diluted share, on revenue of $36.32 billion for fiscal year 2016.

27.    In the 2017 20-F, the Company stated in relevant part:

Our operations are subject to extensive federal and state banking, securities and
derivatives regulation and supervision in the United States. We engage in U.S.
banking activities directly through our New York branch. We also control U.S.
banking organization subsidiaries, including DB USA Corporation, Deutsche
Bank Trust Corporation and Deutsche Bank Trust Company Americas
("DBTCA"), and U.S. broker-dealers, such as Deutsche Bank Securities Inc., U.S.
nondeposit trust companies and nonbanking subsidiaries.

***

DBTCA is a New York state-chartered bank whose deposits are insured by the
FDIC to the extent permitted by law. DBTCA is subject to regulation, supervision
and examination by the Federal Reserve Board and the New York State
Department of Financial Services and to relevant FDIC regulation. In addition,
DBTCA is also subject to regulation by the Consumer Financial Protection
Bureau in relation to its retail products and services offered to its customers.
Deutsche Bank Trust Company Delaware is a Delaware state-chartered bank
which is subject to regulation, supervision and examination by the FDIC and the
Office of the State Bank Commissioner of Delaware. Deutsche Bank's New York
branch is supervised by the Federal Reserve Board and the New York State
Department of Financial Services. Deutsche Bank's federally chartered
nondeposit trust companies are subject to regulation, supervision and examination
by the Office of the Comptroller of the Currency. We and our subsidiaries are also
subject to regulation, supervision and examination by state banking regulators of
certain states in which they conduct banking operations.

***

An evaluation was carried out under the supervision and with the participation of
our management, including our Chairman and Chief Financial Officer, of the
effectiveness of the design and operation of our disclosure controls and
procedures (as defined in Rule 13a-15(e) under the Securities Exchange Act of
1934) as of December 31, 2017. There are, as described below, inherent
limitations to the effectiveness of any control system, including disclosure
controls and procedures. Accordingly, even effective disclosure controls and
procedures can provide only reasonable assurance of achieving their control
objectives. Based upon such evaluation, our Chairman and Chief Financial
Officer concluded that the design and operation of our disclosure controls and
procedures were effective as of December 31, 2017.

28.     The 2017 20-F contained signed certifications pursuant to SOX by Defendants Cryan and Moltke, stating that "the financial statements, and other financial information included in [the 2017 20-F], fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in [the 2017 20-F]."

29.     The statements referenced in ¶¶ 20-28 were materially false and misleading because Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Deutsche Bank's internal control environment and infrastructure were materially weak and deficient; and (ii) as a result, Deutsche Bank's statements about the Company's business and operations were materially false and misleading at all relevant times.

## **The Truth Begins to Emerge**

30.     On May 31, 2018, the *Wall Street Journal* published an article entitled "Deutsche Bank's U.S. Operations Deemed Troubled by Fed".  The article stated, in relevant part:

> The Federal Reserve has designated Deutsche Bank AG's sprawling U.S. business as being in a "troubled condition," a rare censure for a major financial institution that has contributed to constraints on its operations, according to people familiar with the matter.
>
> ***The Fed's downgrade, which took place about a year ago, is secret and hadn't previously been made public.*** The "troubled condition" status—one of the lowest designations employed by the Fed—has influenced the bank's moves to reduce risk-taking in areas including trading and lending to customers.
>
> It also means the bank has had to clear decisions about hiring and firing senior U.S. managers with Fed overseers. Even reassigning job duties and making severance payments for certain employees require Fed approval, the people said.
>
> The punitive action by the Fed, the bank's primary U.S. regulator, has rippled through Deutsche Bank's relationships with other regulators, including the

9

Federal Deposit Insurance Corp., which has pressured the lender to improve controls and oversight, people familiar with those relationships said.

\* \* \*

"We appreciate S&P's statement that 'management is taking tough actions to cut the cost base and refocus the business in order to address the bank's currently weak profitability,'" the bank said in response.

31.     On this news, Deutsche Bank's share price fell $0.49, or 4.24%, to close at $11.08 on May 31, 2018.

32.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

33.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Deutsche Bank securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

34.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Deutsche Bank securities were actively traded on the NYSE.  While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Deutsche Bank or its transfer agent and may be

10

notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

35.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

36.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

37.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Deutsche Bank;

- whether the Individual Defendants caused Deutsche Bank to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of Deutsche Bank securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

38.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as

11

the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

39.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Deutsche Bank  securities are traded in an efficient market;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NYSE and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased, acquired and/or sold Deutsche Bank securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

40.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

41.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## **COUNT I**

**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)**

42.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

43.     This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

44.     During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities.  Such scheme was intended to, and, throughout the Class Period, did:  (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Deutsche Bank securities; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire Deutsche Bank securities and options at artificially inflated prices.   In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

45.     Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Deutsche Bank securities.  Such reports, filings, releases and statements

were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Deutsche Bank's finances and business prospects.

46.     By virtue of their positions at Deutsche Bank , Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants.  Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth.  In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

47.     Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control.  As the senior managers and/or directors of Deutsche Bank, the Individual Defendants had knowledge of the details of Deutsche Bank's internal affairs.

48.     The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein.  Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of Deutsche Bank.  As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Deutsche Bank's businesses, operations, future financial condition and future prospects.  As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Deutsche Bank securities was artificially inflated

throughout the Class Period.  In ignorance of the adverse facts concerning Deutsche Bank's business and financial condition which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired Deutsche Bank securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

49.     During the Class Period, Deutsche Bank securities were traded on an active and efficient market.  Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Deutsche Bank securities at prices artificially inflated by Defendants' wrongful conduct.  Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid.  At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Deutsche Bank securities was substantially lower than the prices paid by Plaintiff and the other members of the Class.  The market price of Deutsche Bank securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

50.     By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

51.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure

that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against The Individual Defendants)**

52.   Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

53.   During the Class Period, the Individual Defendants participated in the operation and management of Deutsche Bank, and conducted and participated, directly and indirectly, in the conduct of Deutsche Bank's business affairs.  Because of their senior positions, they knew the adverse non-public information about Deutsche Bank's misstatement of income and expenses and false financial statements.

54.   As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Deutsche Bank's financial condition and results of operations, and to correct promptly any public statements issued by Deutsche Bank which had become materially false or misleading.

55.   Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Deutsche Bank disseminated in the marketplace during the Class Period concerning Deutsche Bank's results of operations.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Deutsche Bank to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Deutsche Bank within the meaning of Section 20(a) of the Exchange

Act.  In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Deutsche Bank securities.

56.     Each of the Individual Defendants, therefore, acted as a controlling person of Deutsche Bank.  By reason of their senior management positions and/or being directors of Deutsche Bank, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Deutsche Bank to engage in the unlawful acts and conduct complained of herein.  Each of the Individual Defendants exercised control over the general operations of Deutsche Bank and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

57.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Deutsche Bank.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

17

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: June 7, 2018

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

18