UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

YONGQIU ZHAO, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

   v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, JAMES VON MOLTKE, AND MARCUS SCHENCK,

      Defendants.

------------------------------------------------------------------X

Case No.: 18-cv-05104-AJN

**NOTICE OF DEUTSCHE BANK'S MOTION TO DISMISS
PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Deutsche Bank's Motion to Dismiss the Amended Class Action Complaint and the Affirmation of Charles A. Gilman and the Exhibits attached thereto, Defendant Deutsche Bank Aktiengesellschaft will move this Court, by and through its undersigned attorneys, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 906, New York, New York, before the Honorable Alison J. Nathan, United States District Judge, on such date and time as the Court determines, for an Order dismissing the Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 9(b), and 12(b)(6).[1]

---

[1] The Amended Complaint names Deutsche Bank and three Individual Defendants. *See* AC ¶ 8, 11-13. Defendant Deutsche Bank accepted service through counsel, but none of the Individual Defendants have been served. This motion is made on behalf of Deutsche Bank. The Individual Defendants reserve all rights.

PLEASE TAKE FURTHER NOTICE that, in accordance with the schedule set by the Court by Order dated December 10, 2018 (ECF 38), Plaintiffs' shall serve and file any opposition by April 1, 2019; and Defendant shall serve any reply by April 19, 2019.

| | |
|---|---|
| February 26, 2019 | Respectfully submitted, |
| | /s/ Charles A. Gilman |
| | Charles A. Gilman |
| | David G. Januszewski |
| | Tara H. Curtin |
| | CAHILL GORDON & REINDEL LLP |
| | 80 Pine Street |
| | New York, NY 10005 |
| | (212) 701-3000 |
| | |
| | *Attorneys for Defendant Deutsche Bank Aktiengesellschaft* |