**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Dale Green, individually and behalf of all others
Similarly situated,
                Plaintiff,

-against-                                         18 **CIVIL** 5104 (AJN)

## JUDGMENT

Deutsche Bank Atktiengesellschaft et al.,
                Defendant.
-----------------------------------------------------------X



It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2019, Defendants' motion to dismiss is granted; since Plaintiff has not made any amendment requests, these dismissals are with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         September 30, 2019

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                                   BY:
                                                    Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON 10/1/2019